IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN PUBLISHING COMPANY and JAMES WARREN, <br>         Plaintiffs, <br> v. <br> J. DAVID SPURLOCK d/b/a VANGUARD PRODUCTIONS, <br>         Defendant. | CIVIL ACTION <br><br> No. 08-3399 |

## ORDER

AND NOW, this 4th day of August 2009, upon consideration of Plaintiff's Motion for Partial Summary Judgment and Sanctions (Doc. 49), Defendant's Motion for Summary Judgment (Doc. 51), Defendant's Motion to Preclude Denis Kitchen (Doc. 48), Plaintiffs' Motion to Preclude Jeffrey Rovin (Doc. 50), the responses to each of these motions, the discussion at oral argument, and in accordance with the attached Memorandum, it is hereby ORDERED that

(1) Plaintiff's Motion for Partial Summary Judgment and for Sanctions (Doc. 49) is DENIED;

(2) Defendant's Motion for Summary Judgment (Doc. 51) is GRANTED;

(3) Final judgment is entered in favor of Defendant on all of Plaintiffs' counts;

(4) Defendant's Motion to Preclude Denis Kitchen (Doc. 48) is DENIED as moot;

(5) Plaintiffs' Motion to Preclude Jeffrey Rovin (Doc. 50) is DENIED as moot; and

(6) the Clerk shall mark this case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-3399 Warren v. Spurlock\Warren v. Spurlock - Order MSJ.wpd