## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN PUBLISHING COMPANY and : <br> JAMES WARREN, : <br>       Plaintiffs, : <br> : <br> v. : <br> : <br> J. DAVID SPURLOCK d/b/a : <br> VANGUARD PRODUCTIONS, : <br>       Defendant. : | CIVIL ACTION <br><br> No. 08-3399 |

## **ORDER**

      AND NOW, this   3rd   day of March, 2010, based on the foregoing Memorandum regarding Defendant's Motion for Attorney's fees Pursuant to 17 U.S.C. § 505 (Docket No. 80), it is hereby ORDERED as follows:

      1.      Within fourteen (14) days, Defendants shall submit to Plaintiffs' counsel a copy of all bills and invoices submitted to their clients in connection with this case, together with attorney time records and expenses, including any discounts or special terms of payment applicable to this case.

      2.      Within fourteen (14) days, Plaintiffs shall communicate to Defendant any questions, objections, or requests for further information concerning the award of fees in this case.

      3.      Within fourteen (14) days thereafter, the parties shall file, if they can agree, a stipulation of the amount of fees and expenses to be paid pursuant to the Memorandum and Order, or if there is disagreement, each side shall file a brief as to their contentions, not more than ten (10) pages in length, double-spaced, and may attach a summary of the relevant billing

and time and expense records.

                              BY THE COURT:


                              /s/ Michael M. Baylson
                              Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-3399 Warren v. Spurlock\Warren v. Spurlock - Order Copyright Atty
Fees.wpd